IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LARRY SCHNECKLOTH,<br><br>           Plaintiff,<br><br>vs.<br><br>JANSEN, Warden, in his individual and official capacity; and JERRY LEE LOVELACEJR., in his individual and official capacity;<br><br>           Defendants. | **8:24CV437**<br><br>**MEMORANDUM AND ORDER** |

This matter is before the Court *sua sponte* in conjunction with its prior determination that appointment of counsel in his matter was appropriate and that an order appointing counsel was forthcoming. *See* Filing No. 6 at 1, 16.

IT IS THEREFORE ORDERED:

1. The Plaintiff is *sua sponte* granted counsel in this matter.

2. With thanks for accepting the appointment, William J. Bianco and the Law Firm of Bianco Stroh, LLC, is hereby appointed to represent Plaintiff Larry Schneckloth in this matter.[1]

3. William J. Bianco is directed to promptly enter his appearance as counsel in this case.

4. Upon entry of counsel's appearance in CM/ECF, the Clerk of Court shall immediately pay from the Federal Practice Fund the sum of $1,000 to the Law Firm of Bianco Stroh, LLC.

---

[1] The undersigned has been authorized by the Chief Judge to appoint counsel pursuant to the Amended Plans for the Administration of the Federal Practice Fund and the Federal Practice Committee.

5. A second and last installment of $1,000 shall become due and payable to the Law Firm of Bianco Stroh, LLC upon the entry of judgment or other closing documents in the case.

6. Subject to the prior approval of the Court, counsel may incur reasonable expenses when representing Plaintiff in accordance with the Amended Plans for the Administration of the Federal Practice Fund and the Federal Practice Committee. *See also* NEGenR 1.7(f) and NECivR 54.3-54.4.

7. Should Plaintiff succeed, and counsel be awarded attorney fees and expenses that exceed $2,000 plus expenses, counsel shall reimburse the Federal Practice Fund for the fees and expenses paid from the fund.

8. Counsel for Plaintiff is appointed to assist Plaintiff with the prosecution of his claims and through trial, if this case should proceed to trial. The appointment will not extend to any appeal after trial.

9. The Clerk of Court is directed to send a copy of this Memorandum and Order to Plaintiff and Plaintiff's appointed counsel.

10. Because counsel has been appointed, this case is removed from the pro se docket at the direction of the Court. The Clerk's office shall randomly assign new judges to this case and request a reassignment order from the Chief Judge.

Dated this 13th day of March, 2025.

BY THE COURT:

*[signature]*
John M. Gerrard
Senior United States District Judge